# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 09-64978 |
| | : | |
| SMITH, STEPHEN JOSEPH | : | Chapter 7 |
| SMITH, KISHA LYNN | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $5.87 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010.  The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| PNC Bank<br>P.O. Box 94982<br>Cleveland, OH  44101 | 8 | $4.16 |
| JS & Associates Appraisal Services, LLC<br>P.O. Box 360713<br>Columbus, OH  43236-0713 | 9 | 1.71 |

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
| $5.87 | $_____ |

Dated:  February 2, 2011         /s/ David M. Whittaker_____
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:      United States Trustee

4374944v1

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX
0

CHECK NUMBER

**111**

| DATE | AMOUNT |
|------|--------|
| **02/02/11** | **\*\*\*\*\*\*\*\*\*\*\*5.87** |

2496112

PAY TO THE ORDER OF

Clerk, United States Bankruptcy Court

| CASE NUMBER | | ESTATE OF |
|-------------|---|-----------|
| 09-64978 | JEH | Debtor: SMITH, STEPHEN JOSEPH |
| | | Joint Debtor: SMITH, KISHA LYNN |

*Five Dollars And 87/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000111⑈ ⑆111000012⑆ 4437790138⑈

---

| Date: 02/02/11 | Check Number: 111 | Amount: 5.87 |
|----------------|-------------------|--------------|

Case Number: 09-64978    JEH
Debtor Name: SMITH, STEPHEN JOSEPH

| Paid To: **Clerk, United States Bankruptcy Court** | Trustee: DAVID M. WHITTAKER, CH 7 TRUSTEE |
|---|---|
| | 100 SOUTH THIRD STREET |
| | COLUMBUS, OH 43215 |

Description: REMITTED TO COURT

Bank Account Number: 4437790138